UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:10-866-JFA |
| | ) | |
| v. | ) | |
| | ) | |
| **JEFFERY DEMARCUS SMITH** | ) | **ORDER** |

And now, this 23rd day of August, 2012, the within Motion is granted, and it is hereby ordered and decreed that Indictment Number 0:10-866 against the defendant, **JEFFERY DEMARCUS SMITH**, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

August 23, 2012  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge


Columbia, South Carolina

1